1 | DURIE TANGRI LLP
DARALYN J DURIE (SBN 169825)
2 | ddurie@durietangri.com
RYAN M. KENT (SBN 220441)
3 | rkent@durietangri.com
EUGENE NOVIKOV (SBN 257849)
4 | enovikov@durietangri.com
217 Leidesdorff Street
5 | San Francisco, CA 94111
Telephone:    415-362-6666
6 | Facsimile:    415-236-6300

7 | Attorneys for Defendant and Counterclaim Plaintiff
LINKEDIN CORPORATION

8 |

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | EIT HOLDINGS, LLC, a Delaware company,

Case No. 5:11-cv-02465-PSG

13 |         Plaintiff and Counterclaim Defendant,

**JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 AND ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**

14 |    v.

15 | LINKEDIN CORPORATION, a Delaware corporation,

Date:    August 2, 2011
Time:    2:00 p.m.
Ctrm:    5, 4th Floor
Judge:   Honorable Paul Singh Grewal

16 |         Defendant and Counterclaim Plaintiff.

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Pursuant to Civil L.R. 6-2 and 7-12 and Fed. R. Civ. P. 6(b), Plaintiff and Counterclaim Defendant EIT Holdings, LLC ("EIT") and Defendant and Counterclaim Plaintiff LinkedIn Corporation. ("LinkedIn") hereby request that the Court enter an order changing the time of the Case Management Conference.  This stipulated request is supported by the Declaration of Ryan M. Kent in Support of Joint Stipulated Request Pursuant to Local Rule 6-2 for Changing Time of Case Management Conference ("Kent Decl.").  In support of the parties' stipulated request, the parties state as follows:

1.      The Court set the initial Case Management Conference for August 9, 2011.

2.      Due to the Court's unavailability, the Case Management Conference was reset to August 2, 2011 at 2:00 p.m.

3.      The parties request that the Case Management Conference be set for September 6, 2011 at 2:00 p.m.

4.      There have been no other time modifications in this case, other than the court order resetting the Case Management Conference.  Kent Decl. ¶ 2.

For the foregoing reasons, the parties respectfully request that the Court enter an order that the Case Management Conference be set for September 6, 2011 at 2:00 p.m.

JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 AND ORDER
CHANGING TIME OF CASE MANAGEMENT CONFERENCE / CASE NO. 5:11-CV-02465-PSG

1    IT IS SO STIPULATED.

2    Dated:  July 25, 2011                    DURIE TANGRI LLP

3

4                                            By: _____/s/ Ryan M. Kent_____
                                                  DARALYN J. DURIE
5                                                 RYAN M. KENT
                                                  EUGENE NOVIKOV
6
                                             Attorneys for Defendant and Counterclaim
7                                            Plaintiff LINKEDIN CORPORATION

8    Dated:  July 25, 2011                    GOLDSTEIN & VOWELL, LLP

9

10                                           By: _____/s/ Edward W. Goldstein_____
                                                  EDWARD W. GOLDSTEIN
11                                                CORBY R. VOWELL
                                                  JODY M. GOLDSTEIN
12                                                ALISA A. LIPSKI

13                                           Attorneys for Plaintiff and Counterclaim
                                             Defendant EIT HOLDINGS, LLC
14

15   *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the*
     *signatories' concurrence in the filing of this document has been obtained.*
16

17        SO ORDERED.

18   Dated:  July 26, 2011

19                                           _____Paul S. Grewal_____
20                                           HONORABLE PAUL SINGH GREWAL
                                             U.S. MAGISTRATE JUDGE
21

22

23

24

25

26

27

28