Mark W. Good (State Bar No. 218809)
Benedict O'Mahoney (State Bar No. 152447)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: mgood@terra-law.com
Email: bomahoney@terra-law.com

Alisa A. Lipski (SBN 278710)
Edward W. Goldstein (TX Bar No. 08099500)
Goldstein & Lipski PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713)877-1737
Email: alipski@gliplaw.com
Email: egoldstein@gliplaw.com

Attorneys for Plaintiff
EIT Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EIT HOLDINGS LLC, a Delaware company,<br><br>Plaintiff,<br><br>vs.<br><br>LINKEDIN CORPORATION, a Delaware Corporation,<br><br>Defendant. | Civil Action No.: 5:11-CV-02465 PSG<br><br>**PLAINTIFF EIT HOLDINGS LLC'S REQUEST AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:     January 10, 2012<br>Time:    2:00 p.m.<br>Judge:   Hon. Paul S. Grewal |

Pursuant to Local Rule 16-10(a), counsel for Plaintiff, EIT Holdings, LLC ("EIT") respectfully requests that the Court allow the telephonic appearance of lead counsel, Edward Goldstein and Alisa Lipski, at the Case Management Conference scheduled for January 10, 2012 at 2:00 p.m. in the above referenced matter. This request is made on the grounds that lead counsel

| | |
|---|---|
| 1 | is located in Houston, TX.  Accordingly, requiring personal appearance by Edward Goldstein and Alisa Lipski would impose an unnecessary hardship. |

    EIT's local counsel, Benedict O'Mahoney, will attend the Case Management Conference in person.

Dated:  December 21, 2011

Respectfully submitted,

By: /s/ Edward W. Goldstein

Edward W. Goldstein (Pro Hac Vice)
Alisa A. Lipski (SBN 278710)
GOLDSTEIN &LIPSKI, L.L.P.
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1737
Email: alipski@gliplaw.com
Email:  egoldstein@gliplaw.com

Mark W. Good (State Bar No. 218809)
Benedict O'Mahoney (State Bar No. 152447)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:  (408) 299-1200
Facsimile:  (408) 998-4895
Email:  mgood@terra-law.com
Email:  bomahoney@terra-law.com

ATTORNEYS FOR PLAINTIFF

1 **[PROPOSED] ORDER**

2     GOOD CAUSE HAVING BEEN SHOWN, EIT Holdings, LLC's lead counsel, Edward
3 Goldstein and Alisa Lipski, is permitted to participate by telephone in the Case Management
4 Conference on January 10, 2012. Counsel is directed to call in as follows: <u>Counsel is to contact
5 CourtCall at (866) 582-6878 to arrange for telephonic appearance.</u>

6 _____

7 _____.

8

9 **IT IS SO ORDERED**

10

11 Dated: December 27, 2011        *[signature]*

12                                        Hon. Paul S. Grewal
                                       United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28