Mark W. Good (State Bar No. 218809)
Benedict O'Mahoney (State Bar No. 152447)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:  (408) 299-1200
Facsimile:  (408) 998-4895
Email:  mgood@terra-law.com
Email:  bomahoney@terra-law.com

Edward W. Goldstein (TX Bar No. 08099500)
Goldstein Law, PLLC
710 N. Post Oak Rd., Suite 350
Houston, Texas  77024
Telephone:  (713) 877-1515
Email:  egoldstein@gliplaw.com

Attorneys for Plaintiff
EIT Holdings LLC

Daralyn Durie (SBN 169825)
Ryan M. Kent  (SBN 220441)
Eugene Novikov (SBN 257849)
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA. 94111
Tel:  (415) 362-6666
Fax:  (415) 236-6300
Email:  ddurie@durietangri.com
Email:  rkent@durietangri.com
Email:  enovikov@durietangri.com

Attorneys for Defendant
LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EIT HOLDINGS LLC, a Delaware company,<br><br>  Plaintiff,<br><br>vs.<br><br>LINKEDIN CORPORATION, a Delaware Corporation,<br><br>  Defendant. | Case No. 5:11-CV-02465 PSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS BETWEEN EIT HOLDINGS LLC AND LINKEDIN CORPORATION WITH PREJUDICE**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff, EIT Holdings LLC ("EIT") and Defendant, LinkedIn Corporation ("LinkedIn") have agreed to dismiss all claims against each other in the above-captioned action.  The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by EIT against LinkedIn and all claims by LinkedIn against EIT made therein WITH PREJUDICE.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

So Stipulated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  February ____, 2013                    _____

  Honorable Paul S. Grewal
  United States Magistrate Judge

GOLDSTEIN LAW, PLLC                            DURIE TANGRI, LLP

By: /s/ Edward W. Goldstein                    By: /s/ Ryan Kent
   Edward W. Goldstein (Pro Hac Vice)             Ryan Kent

Attorneys for Plaintiff                        Attorneys for Defendant
EIT HOLDINGS LLC                               LINKEDIN CORPORATION

1  **ATTESTATION**

2  I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of

3  this document has been obtained from the signatories.

4  Dated: February 8, 2013                                          */s/ Edward W. Goldstein*
                                                                             Edward W. Goldstein
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 8, 2013, or, if not yet registered with the Court's CM/ECF system, via electronic mail pursuant to Fed.R.Civ.P. 5(b)(2)(E).  Any other counsel of record will be served by first class U.S. Mail.

Dated:  February 8, 2013                                                   */s/ Edward W. Goldstein*
                                                                                          Edward W. Goldstein